**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| In Re: | NOTICE OF MOTION AND MOTION FOR DISMISSAL OR CONVERSION |
| ROBERT W EASTLEE | Case No. - BKY 17-31498 WJF |
| Debtor(s) | Chapter 13 |

_____

TO: All parties in interest under LOCAL RULE 9013-3.

1.   Gregory A. Burrell, Trustee, moves the Court for the relief requested below and gives notice of hearing.

2.   The Court will hold a hearing on this motion at 10:30 a.m., or as soon thereafter as counsel may be heard, on **Thursday, February 28, 2019**, in U.S. Bankruptcy Court, Courtroom 2B, Second Floor, United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

3.   Any response to this motion must be filed and served not later than Friday, February 22, 2019, which is five days before the time set for the hearing (including Saturdays, Sundays, and holidays),   *Unless a response opposing the motion is timely filed, the court may grant the motion without a hearing.*

4.   The Court has jurisdiction of this motion pursuant to 28 U.S.C. §§157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1.   This proceeding is a core proceeding.   This motion arises under 11 U.S.C. §1307 and Bankruptcy Rule 1017.   This motion is filed under Bankruptcy Rule 9013 and Local Rule 9013-1 *et seq*.   The petition commencing this Chapter 13 case was filed on  5/ 4/17.   The case is now pending in this Court.

5.   If testimony is necessary as to any facts relevant to this motion, Amy Gildemeister, Chapter 13 Office, 100 South Fifth Street, Suite 480, Minneapolis, Minnesota, will testify on behalf of the Trustee.

6.   The Trustee requests that this case be dismissed or converted to a Chapter 7 case, and such other relief as the Court deems just, because Debtor(s) have failed to make payments to Trustee thereby creating current defaults or arrearages on plan payments of $560.00 as of February 8, 2019, and subsequent plan payments that may come due by the date of the hearing of this motion. The last payment credited to the Debtor(s)' account was on 12/6/2018. Total payments of $4375.00 have been made to date hereof.   Required monthly payments are currently $280.00.

**The February, 2019 payment is not included in the listed default amount.**

Any payment less than the amount required to bring the plan current will not prevent dismissal of this case. If the default, including the payment due for February, is brought current by the hearing date, the Trustee will strike the motion.

**All payments to cure plan arrears must be made with a cashiers check or money order and sent to: Gregory A. Burrell; PO Box 860026; Minneapolis, MN  55486-0026.  Do <u>not</u> send payments to the trustee's office.**

**<u>NO PERSONAL CHECKS WILL BE ACCEPTED.</u>**

**WHEREFORE,** the Trustee requests an order granting the relief prayed for herein.

**Gregory A. Burrell, Trustee**

Dated: February 8, 2019

/e/ Heather M. Forrest
Heather M. Forrest #0398764
Jeffrey M. Bruzek   #319260
Counsel for Chapter 13 Trustee
100 South Fifth Street, Ste. 480
Minneapolis, MN   55402
(612) 338-7591

## VERIFICATION

I, Amy Gildemeister, an employee of the Trustee, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 8, 2019

/e/ Amy Gildemeister
Amy Gildemeister
Chapter 13 Office

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

_____

In Re:                                                                            UNSWORN DECLARATION FOR
                                                                                         PROOF OF SERVICE
    ROBERT W EASTLEE

                                                                                         Case No. - BKY 17-31498 WJF
                                                                                         Chapter 13

           Debtor(s)
_____

I, Amy Gildemeister, declare that on the date stated below I served a copy of the Notice of Motion and Motion for Dismissal or Conversion and Unsworn Declaration of Proof of Service, upon each of the entities named below in the manner described, as follows:

**Copy to Debtor(s) addressed to:**
ROBERT W EASTLEE
733 BUTTERNUT AVENUE
ST PAUL, MN   55102-

**Additional Copy(s) by electronic mail or by first class U.S. mail postage prepaid addressed to:**
Shapiro & Zielke, LLP
12550 West Frontage Road, Suite 200
Burnsville MN 55337-

Shapiro & Zielke, LLP
12550 West Frontage Road, Suite 200
Burnsville MN   55337-

OCWEN LOAN SERVICING LLC
ATTN BKY DEPT
PO BOX 24605
W PALM BEACH FL 33416-4605


and I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: February 8, 2019

                                                       /e/ Amy Gildemeister
                                                       Amy Gildemeister
                                                       Chapter 13 Office